Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
Matthew D. Visick (SBN 258106)
E-mail: mvisick@bwslaw.com
Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
CITY OF PALO ALTO
Molly S. Stump (SBN 177165)
City Attorney
E-mail: molly.stump@cityofpaloalto.org
Terence Howzell (SBN 140822)
Principal Attorney
E-mail: terence.howzell@cityofpaloalto.org
CITY OF PALO ALTO
250 Hamilton Avenue
Palo Alto, CA 94301
Tel: 650.329.2171   Fax: 650.329.2646

Attorneys for Defendant
CITY OF PALO ALTO

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 12/15/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOUFIC AND EVA JISSER, AND THE TOUFIC AND EVA JISSER REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PALO ALTO,<br><br>Defendant. | Case No. 5:15-CV-05295 EJD<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANT CITY OF PALO ALTO TO FILE RESPONSIVE PLEADING**<br><br>Date:<br>Time:<br>Courtroom: No. 4<br>Judge: Honorable Edward J. Davila |

WHEREAS, Plaintiffs Toufic and Eva Jisser, and the Toufic and Eva Jisser Revocable Trust ("Plaintiffs") filed their Complaint in this action on November 19, 2015 (Dkt. 1), and

1  served the Complaint and Summons on Defendant City of Palo Alto ("City") on or about
2  November 23, 2015.
3     WHEREAS, the City's responsive pleading is currently due on or about December 14,
4  2015.
5     WHEREAS, the parties are willing to stipulate to a short extension of time for the City to
6  file a responsive pleading in this action, which extension will not affect any other deadline in this
7  case.
8     NOW THEREFORE, Plaintiffs and the City stipulate, by and through counsel, that the
9  deadline for the City to file a responsive pleading is extended to December 22, 2015.

Dated: December 11, 2015                    BURKE, WILLIAMS & SORENSEN, LLP


                                            By:  /s/ Kevin D. Siegel
                                                Kevin D. Siegel
                                                Attorneys for Defendant
                                                CITY OF PALO ALTO

Dated: December 11, 2015                    PACIFIC LEGAL FOUNDATION


                                            By:  /s/ Lawrence G. Salzman
                                                Lawrence G. Salzman
                                                J. David Breemer
                                                Attorneys for Plaintiffs
                                                TOUFIC AND EVA JISSER, AND THE
                                                TOUFIC AND EVA JISSER
                                                REVOCABLE TRUST