LAWRENCE G. SALZMAN, No. 224727
E-mail: lsalzman@pacificlegal.org
J. DAVID BREEMER, No. 215039
E-mail: jdb@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Toufic and Eva Jisser
and the Toufic and Eva Jisser Revocable Trust

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 1/5/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOUFIC AND EVA JISSER, AND THE TOUFIC AND EVA JISSER REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PALO ALTO,<br><br>Defendant. | No. 5:15-cv-05295-EJD<br><br>**STIPULATION EXTENDING PLAINTIFFS' AND DEFENDANT'S DEADLINES TO FILE AN OPPOSITION TO PENDING MOTION TO DISMISS AND REPLY**<br><br>Date: May 26, 2016<br>Time: 9:00 a.m.<br>Courtroom 4<br>Honorable Edward J. Davila, Judge |

WHEREAS, Plaintiffs Toufic and Eva Jisser and the Toufic and Eva Jisser Revocable Trust ("Plaintiffs") filed their Complaint in this action on November 19, 2015 (Dkt. 1) and served the Complaint and Summons on Defendant City of Palo Alto ("City") on or about November 23, 2015.

WHEREAS, the City's 12(b)(1) and 12(b)(6) Motion to Dismiss was filed on December 22, 2015 (Dkt. 20).

WHEREAS, Plaintiffs' opposition to the City's motion is due January 5, 2016.

///

1  WHEREAS, the parties are willing to stipulate to a short extension of time for Plaintiffs
2  to file an opposition to the City's motion to dismiss and for the City to file a reply, which
3  extensions will not affect any other deadline in the case.

4  NOW THEREFORE, Plaintiffs and the City stipulate, by and through counsel, that the
5  deadline for Plaintiffs to file an opposition to the City's motion is extended to January 13, 2016,
6  and the City's reply shall be due on or before January 29, 2016.

7  Dated: December 30, 2015.          PACIFIC LEGAL FOUNDATION

9                                      By: /s/ Lawrence G. Salzman
                                        LAWRENCE G. SALZMAN
                                        J. DAVID BREEMER
10                                      Attorneys for Plaintiffs Toufic and Eva
                                        Jisser and the Toufic and Eva Jisser
11                                      Revocable Trust

13  DATED: December 30, 2015.         BURKE, WILLIAMS & SORENSEN, LLP

15                                      By: /s/ Kevin D. Siegel
                                        KEVIN D. SIEGEL
16                                      Attorney for Defendant City of Palo Alto

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747