UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOUFIC JISSER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF PALO ALTO,<br><br>    Defendant. | Case No. 5:15-cv-05295-EJD<br><br>**JUDGMENT** |

Defendant's motion to dismiss having been granted (Dkt. No. 31);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated:  June 24, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05295-EJD
JUDGMENT

1